# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| DAN WRIGHT, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 3:10:0761 |
| | ) | Judge Trauger |
| LEIGH TRULL, *et al.*, | ) | Magistrate Judge Knowles |
| Defendants. | ) | |

## **O R D E R**

On December 19, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 68), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED**.

It is so **ORDERED.**

Enter this 12th day of January 2012.

_____
ALETA A. TRAUGER
U.S. District Judge